**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Justin Johnson,

Plaintiff,

vs.

Rock Bottom Restaurants, Inc.,
a foreign corporation

Defendant.

---

**Civil No. 01-CV-1546** JMR/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and the parties through their respective undersigned attorneys, that defendant may answer or otherwise respond in this case up to and including October 5, 2001.

Dated: 9/12, 2001

NICHOLS KASTER & ANDERSON, PLLP

Donald H. Nichols, #78918

4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEY FOR PLAINTIFF
JUSTIN JOHNSON

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Dated: September 14, 2001

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT
ROCK BOTTOM RESTAURANTS, INC.

M1:792789.01

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated September 14, 2001

BY THE COURT

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

M1:792789.01

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500