**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Justin Johnson,

Plaintiff,

vs.

Rock Bottom Restaurants, Inc.,
a foreign corporation

Defendant.

---

**Civil No. 01-CV-1546** JMR/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and the parties through their respective undersigned attorneys, that defendant has been granted an extension of time to answer or otherwise respond in this case until November 2, 2001.

Dated: 10-19-, 2001

NICHOLS KASTER & ANDERSON, PLLP

Donald H. Nichols, #78918

4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEY FOR PLAINTIFF
JUSTIN JOHNSON

OCT 2 4 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 22, 2001

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT
ROCK BOTTOM RESTAURANTS, INC.

M1:806746.01

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated October 24, 2001

BY THE COURT

Susan Richard Nelson
United States Magistrate Judge

M1:806746.01