UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Justin Johnson,

Plaintiff,

vs.

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

Rock Bottom Restaurants, Inc.,
a foreign corporation,

Defendant.

Court File No. 01-CV-1546 JMR/SRN

---

THE PLAINTIFF AND DEFENDANT HEREBY STIPULATE that this Scheduling Order ("Order") be entered in this action pursuant to this stipulation by and between the parties. The parties hereby agree and stipulate as follows:

1. Joiner of additional parties, by amendment or third-party practice, as well as amendments to the pleadings, shall be accomplished by March 1, 2002.

2. Service of the initial disclosures required by Rule 26(a)(1) shall be accomplished by March 1, 2002.

NICHOLS KASTER & ANDERSON, PLLP

Dated: 1-31-02

Donald H. Nichols #78918
Attorney for Plaintiff
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919)

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD _______
DEPUTY CLERK _______

Dated: 2/4/02

FAEGRE & BENSON, LLP

Angela M. Crandall #285055
Mary E. Stumo #122449
Attorneys for Defendant
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ORDER**

**IT IS SO ORDERED,** based upon the foregoing stipulation.

Dated: February 5, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge