UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1546(JMR/SRN)

Justin Johnson )
)
v. ) ORDER
)
Rock Bottom Restaurants Inc. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 22nd, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK