UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Justin Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>Rock Bottom Restaurants, Inc.,<br>a foreign corporation,<br><br>Defendant. | **Case No. 01-CV-1546 JMR/SRN**<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

## STIPULATION

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 3, 13, 2002

NICHOLS, KASTER & ANDERSON, PLLP

Donald H. Nichols (#78918)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Attorney for Plaintiff

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

**EXHIBIT E**

Dated: 4/22, 2002

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: April 23, 2002

The Honorable James M. Rosenbaum
United States District Court Judge

M1:851381.01